# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **David L. Penick** | : | |
| Plaintiff, | : | Case No. 2:20-cv-3331 |
| | | **JUDGE SARAH D. MORRISON** |
| v. | : | Magistrate Judge Jolson |
| **Ohio Department of Corrections**, *et al*., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Jolson on March 5, 2021. (ECF No. 65). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation in full. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this case for lack of jurisdiction.

**IT IS SO ORDERED**.

/s/Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**